**592**

506 P.2d 336

**BOARD OF COUNTY COMMISSIONERS**
**et al., Petitioners,**

v.

**C. E. HOPPER, Respondent.**

**No. 9645.**

Supreme Court of New Mexico.

Feb. 6, 1973.

Ordered that petition for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Cause No. 999, 84 N.M. 604, 506 P.2d 348 be and the same is hereby returned to the Clerk of the Court of Appeals.

506 P.2d 336

**Augustine FLORES, Petitioner,**

v.

**Consuelo R. FLORES, Respondent.**

**No. 9659.**

Supreme Court of New Mexico.

Feb. 15, 1973.

Ordered that petition for writ of certiorari be and the same is hereby denied.

Further ordered that the Record in Court of Appeals Cause No. 1022, 84 N.M. 601, 506 P.2d 345 be and the same is hereby returned to the Clerk of the Court of Appeals.

506 P.2d 336

**TORRIDGE CORPORATION, a New Mexico corporation, and El Camino Motel, Inc., a New Mexico corporation, Petitioners,**

v.

**COMMISSIONER OF REVENUE, State of New Mexico, Respondent.**

**No. 9658.**

Supreme Court of New Mexico.

Feb. 15, 1973.

Ordered that petition for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Cause No. 940, 84 N.M. 610, 506 P.2d 354 be and the same is hereby returned to the Clerk of the Court of Appeals.